

**IT IS ORDERED as set forth below:**

**Date: November 4, 2014**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

```
           IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

IN RE:                        )    BANKRUPTCY CASE
                              )
SHERONDA JANITA MUSE,         )    NO. 13-74673
                              )
       Debtor.                )
                              )
                              )    CONTESTED MATTER PROCEEDING
BANK OF AMERICA, N.A.,        )
                              )
       Movant.                )
                              )    CHAPTER 13
vs.                           )
                              )
SHERONDA JANITA MUSE,         )
NANCY J. WHALEY, Trustee,     )    JUDGE: C. RAY MULLINS
                              )
       Respondents.           )
                              )
```

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

The above styled Motion having been set down for a hearing

before the Court on October 21, 2014, upon Notice of Assignment

of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto;

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 5608 Cave Springs Road, Douglasville, Georgia is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through October 31, 2014, totals $3,755.28, including four (4) payments of $682.32 each, $176.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor shall pay the sum of $1,500.00 on or before October 28, 2014.  Debtor shall receive credit for the sum of $256.15 in his/her suspense account.  Beginning November 1, 2014 Debtor shall resume timely remittance of the regular monthly mortgage payments.  Beginning November 15, 2014 and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $222.13 per month, for nine (9) months or until the arrearage is cured.  Payments should be sent to Bank of America, PO Box 660933, Dallas, TX 75266, or to such address as may be designated.

FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Note and Deed for a period of nine (9) months from the date of entry of this

Order, then upon notice of default sent by first class mail to Debtor and Debtor's attorney, and failure of Debtor to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.  As part of this Consent Order, Movant has advised Debtor, Debtor's counsel and the Chapter 13 Trustee that, in the event Debtor fails to comply with terms of this Order, Movant may request in its default Motion for Order Modifying Stay that the provisions of Fed. R. Bankr. P. 3002.1 will not apply to the Movant upon entry of an Order Modifying the Automatic Stay.  The Court has made no determination as to the applicability of Fed. R. Bankr. P. 3002.1 should an Order Modifying Stay be entered in the future.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that in the event the Debtor defaults in performance of this Order and the Court enters an Order modifying the automatic stay, the Trustee shall cease funding

the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that Movant, at its option, is permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.  The entry of this Order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.

END OF DOCUMENT

CONSENTED TO BY:

/s/
_____
A. Michelle Hart Ippoliti, Bar No. 334291
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia   30076-2102
(678) 281-6537
(770) 643-4220
mh1@mccallaraymer.com

File Number: 51840810-4

*(Signatures continued on the next page)*

/s/With Express permission
---
Jason Lutz, Bar No. 670673
Attorney for Debtor
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
404-522-2222
Fax : 770-220-0685


NO OPPOSITION:


/s/With express permission
---
Julie M. Anania, Bar No. 477064
Attorney for Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
678-992-1201

DISTRIBUTION LIST

```
Sheronda Janita Muse
5608 Cave Springs Road
Douglasville, GA  30134


E. L. Clark
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341


Nancy J. Whaley, Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
```